CHARLES KELLY *versus* GEORGE JOHNSON.

PAPERS IN FILE (1809): (1) Capias and return.

JOHN PALMER *versus* EDWARD RYAN.

PAPERS IN FILE (1809): (1) Writ of habeas corpus and return.

UNITED STATES *versus* WILLIAM THORN.

PAPERS IN FILE (1808): (1) Affidavits of Jacques Brunette and François Delisle; (2) indictment; (3) capias sur indictment and return— "not found"; (4) subpoena for Jacques Brunette, George Cotterall, François Delisle, and William Steers.

LUTHER POMROY *versus* LOUIS LeROY.

PAPERS IN FILE (1811): (1) Bill of complaint, order for writ of injunction.